FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 MAY 16 AM 11:36
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**DUSTIN SMITH,**

Defendant.

**No.** 24-CR-79-R

**21 U.S.C. §§ 841(a)(1), (b)(1)(C)**
(Distribution of Methamphetamine)

**I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

On or about December 19, 2023, in the District of Wyoming, the Defendant, **DUSTIN SMITH**, did knowingly, intentionally, and unlawfully distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C).

A TRUE BILL:

*_/s/ Ink Signature on File in the Clerk's Office*
FOREPERSON

NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | **DUSTIN SMITH** |
| **DATE:** | May 14, 2024 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **21 U.S.C. §§ 841(a)(1), (b)(1)(C)**<br>(Distribution of Methamphetamine)<br><br>0-20 Years Imprisonment<br>Up To $1,000,000 Fine<br>Nlt 3 Years To Life Supervised Release<br>$100 Special Assessment |
| **AGENT:** | DCI SA Michael Phillips |
| **AUSA:** | Timothy W. Gist, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | Not more than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |