Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 MAY 16 AM 11:36
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DUSTIN SMITH,**<br><br>Defendant. | **Criminal No.** 24-CR-79 |

**MOTION TO SEAL INDICTMENT**

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States moves for an order sealing the Indictment until such time as the Defendant is in custody or has been released pending trial.

**DATED** this 15th day of May 2024.

NICHOLAS VASSALLO
United States Attorney

By: ______________________________
TIMOTHY W. GIST
Assistant United States Attorney