Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2024 MAY 16 AM 11:36
MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**DUSTIN SMITH,**

Defendant.

**Case No.** 24-CR-79

# MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

**10+ year drug offense**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

**Defendant's appearance as required**

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

**Probable cause to believe Defendant committed 10+ year drug offense**

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 15TH day of May 2024.

NICHOLAS VASSALLO
United States Attorney

By: ______________________________
TIMOTHY W. GIST
Assistant United States Attorney