Timothy W. Gist
Wyoming State Bar No. 6-3122
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
timothy.gist@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 MAY 16 AM 11:36

MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

**UNITED STATES OF AMERICA,**

Plaintiff,

**v.**

**DUSTIN SMITH,**

Defendant.

**Case No.** 24-CR-79

**PRAECIPE**

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **DUSTIN SMITH**

DATED this 15TH day of May 2024.

NICHOLAS VASSALLO
United States Attorney

By: ______________________
TIMOTHY W. GIST
Assistant United States Attorney

BOND SET AT: detain.

______________________
for KELLY H. RANKIN
United States District Court Judge