# UNITED STATES DISTRICT COURT

for the

District of Wyoming

FILED

3:34 pm, 5/16/24

Margaret Botkins
Clerk of Court

United States of America
v.
DUSTIN SMITH

Defendant

Case No. 24-CR-79-R

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* DUSTIN SMITH, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1), (b)(1)(C) - Distribution of Methamphetamine

Date: 05/16/2024

*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Mark L. Carman, United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________

Known aliases: ______________________

Last known residence: ______________________

Prior addresses to which defendant/offender may still have ties: ______________________

Last known employment: ______________________

Last known telephone numbers: ______________________

Place of birth: ______________________

Date of birth: ______________________

Social Security number: ______________________

Height: ______________________ Weight: ______________________

Sex: ______________________ Race: ______________________

Hair: ______________________ Eyes: ______________________

Scars, tattoos, other distinguishing marks: ______________________

History of violence, weapons, drug use: ______________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________

FBI number: ______________________

Complete description of auto: ______________________

Investigative agency and address: ______________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________